FILED
2011 Sep-06  AM 10:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STANLEIGH SHAW,    ] | |
| Petitioner,    ] | |
| vs.    ] | 2:11-cv-2867-KOB-RRA |
| THE UNITED STATES OF AMERICA,    ] | |
| Respondent.    ] | |

## MEMORANDUM OPINION

This is a habeas corpus petition brought pursuant to 28 U.S.C. § 2241. The magistrate judge entered a report and recommendation recommending that the petition be dismissed. Objections have been filed.[1]

The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The petition is due to be dismissed. An appropriate order will be entered.

Done this 6th day of September 2011.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

---

[1] In his objections, the petitioner requests to have Magistrate Armstrong, along with the "trial judge" (Judge Hopkins, who presided over the petitioner's criminal proceedings in this court through his plea) and the "sentencing judge" (the undersigned, who presided over the petitioner's criminal case from sentencing forward, and who is presiding over this case), removed from his case. The petitioner's request is DENIED.